No. 90–5174. MARSHALL v. OHIO. Ct. App. Ohio, Columbiana County. Certiorari denied.

No. 90–5175. CUEVAS HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5179. IBARGUEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5180. LACY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5182. CLARK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5184. SMITH v. TANDY ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5185. PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5186. SMITH v. CADAGIN, JUDGE, SEVENTH JUDICIAL CIRCUIT, MORGAN COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–5187. GILBERT v. BEN-ASHER ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5188. HENTHORN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5189. JANNEH v. GAF CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–5190. MYERS v. MARTINEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–5191. MAYERS v. UNITED STATES; and
No. 90–5506. MAYERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 897 F. 2d 1126.

No. 90–5192. JOHNSON v. BURKE. C. A. 6th Cir. Certiorari denied.

No. 90–5194. JOFFRE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.